**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02652-LTB

VINCENT E. LOGGINS,

    Applicant,

v.

FISHER,
RALPH CARR, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On January 27, 2015, Applicant filed a "Motion to Proceed on Appeal Without Prepayment of Cost or Fees," ECF No. 39.  The Motion is denied as moot.  Applicant was denied leave to proceed *in forma pauperis* on appeal in the Court's Order of Dismissal, ECF No. 32.  Applicant also filed two other documents titled, "Move the Court for Notice of Appeals, ECF Nos. 36 and 38.  The Court construes these Motions as supplements to the Notice of Appeal, ECF No. 40.

Dated:  January 27, 2015