**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02652-LTB

VINCENT E. LOGGINS,

     Applicant,

v.

FISHER,
RALPH CARR, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     On February 5, 2015, Applicant filed two requests. One request for transcripts, ECF No. 46, which is denied as unnecessary, and the other for leave to proceed *in forma pauperis* on appeal, ECF No. 45, which is denied as moot and improperly filed in this Court.

Dated: February 6, 2015