**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02652-LTB

VINCENT E. LOGGINS,

    Applicant,

v.

FISHER,
RALPH CARR, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On April 10, 2015, Applicant filed a pleading titled, "Now Move the Court for Order to Ramand [sic] and Release," ECF No. 53. The request is denied as improperly filed in this Court.

Dated:  April 10, 2015