**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02652-LTB

VINCENT E. LOGGINS,

    Applicant,

v.

FISHER,
RALPH CARR, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On April 10, 2015, Applicant filed a pleading titled, "Comes Now to Move the Court for Reconsideration," ECF No. 55.  The request is denied as nonsensical.  Any further filings in this action that are nonsensical will be ordered stricken.

Dated:  April 17, 2015